IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR CHARLES ZERBY,
    Plaintiff,

vs.                                        Case No.: 3:09cv75/LAC/EMT

FLORIDA DEPT. OF CORRECTIONS, et al.,
    Defendants.
_____/

## ORDER

       This matter is before the court on Plaintiff's "Motion to Suppliment [sic] Petition" (Doc. 9). Plaintiff requests permission to supplement his amended civil rights complaint with the following attachments: (1) two declarations from inmate witnesses, and (2) a summons (*id.*).

       Plaintiff is advised that issuance of summons at this time is premature. Prior to service of the complaint upon Defendants, the court is required to screen the complaint to determine whether it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the complaint survives this screening process, the court will then direct the clerk of court to prepare and issue summonses for the appropriate Defendants. Additionally, at this stage in the litigation, the filing of exhibits as evidentiary support for his complaint is improper. The court will notify Plaintiff when legal memoranda and exhibits are necessary, such as prior to trial or in conjunction with a motion for summary judgment. Therefore, Plaintiff's motion will be denied, and the clerk will be directed to return the documents attached to the motion.

       Accordingly, it is **ORDERED**:

       1.      Plaintiff's "Motion to Suppliment [sic] Petition" (Doc. 9) is **DENIED**.

       2.      The clerk shall strike the attachments to Plaintiff's motion from the docket and return them to Plaintiff.

       **DONE AND ORDERED** this 15th day of April 2009.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**