IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR CHARLES ZERBY,
    Plaintiff,

vs.                                      Case No.: 3:09cv75/LAC/EMT

FLORIDA DEPT. OF CORRECTIONS, et al.,
    Defendants.
_____/

## **ORDER**

        This matter is before the court on Plaintiff's response to this court's previous order directing him to determine which incident or issue he desires to litigate in this action, and file a Second Amended Complaint presenting only that claim and those which: (1) arise out of the same transaction or occurrence as that claim **and** (2) share a common question of law or fact with that claim (Doc. 16).  Instead of filing one Second Amended Complaint, Plaintiff submitted four documents, all bearing this case number and titled Second Amended Complaint, and each asserting a separate claim or issue.  Because Plaintiff's intention is unclear, the complaints will be returned to him.

        <u>Plaintiff shall determine which incident or issue he desires to litigate in this action and file **only one** Second Amended Complaint presenting that claim</u>.  If Plaintiff wishes to litigate any other issue, he should commence a <u>separate lawsuit</u> for <u>each claim</u> by filing a <u>separate complaint</u> with no case number written on the complaint.  For each separate complaint, Plaintiff must either pay the filing fee or submit a motion to proceed in forma pauperis.

        Accordingly, it is **ORDERED**:

        1.    The clerk shall return the four Second Amended Complaints to Plaintiff without filing.

2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall file only one Second Amended Complaint presenting the incident or issue he desires to litigate in this action.

3. Failure to comply with this order will result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 15th day of June 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**